UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 2 5 2016 EW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Rodney L. Bradford

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J. Dart

16-cv-7510
Judge Thomas M. Durkin
Magistrate Judge Susan E. Cox
PC6

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

☑ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

☐ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)**

☐ **OTHER** (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. Plaintiff(s):

    A. Name: Rodney L. Bradford

    B. List all aliases: N/A

    C. Prisoner identification number: 20150717225

    D. Place of present confinement: Cook County Jail

    E. Address: P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Thomas J. Dart

        Title: Sheriff

        Place of Employment: 704 Richard J Daley Center

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Sheriff Thomas J. Dart, has place me in very deplorable unsanitary condition. Nothing being fixed. Just camouflage & undermined, i've wrote grievances on many issues & the famale response that was issued on 10/22/62, was just not factual at all. ① The registered sanitarian perform a so call inspection & that the shower to be clean & "no paint was chipping" but i've sent some paint peeling from the shower, mark as Exhibit "A". Plus there no rubber mats in the shower & poor plumbing as well. ② The leaking faucets creat a puddles, regularly where inmate workers have to squeegee many time during the day. we have to walk threw water in order to use toilets. ③ In the grievance dated 10/4/15 I mention an infestation of insects i wasnt talking about roaches i was actually talkin about sewage flies or fruit flies.

4

Revised 9/2007

Now the grievance Dated 10/13/2015, It was Responsed to As miscellaneous & Attached to the original grievance, there are two sinks in which we all drink from we all have to stand in back-up sewage water in order to use them sometimes back-up sewage will leak from the pressure value that's located over the top of each one of these sinks. From the plumbing wall, located on the back side from the sinks, water runs from the copper piping that comes out of wall from the sinks In the store room buckets are use to retain the water. I have severe rash that covering a large area of the lower extremity of my body which cause me much physical discomfort, which is due from the unsatitary condition of the shower & having to stand in Raw Sewage on a daily. Issues that i have to deal with everyday. I've been psychologically traumatized by all of these condition As A whole.

In this letter i talk about a rash well I wasn't A rash, It was severe scabies which i had for 3-4 weeks & Spreaded from my lower extremity to my upper body. I was given permethrin Cream 5% on 7/17/2015 At 16:15:1 CDT

Revised 9/2007

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation for my pain & suffering on physical & a mental level, I still feel like something crawling on me, this issues has me psychologically mess up

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_Rodney L Bradford_
(Signature of plaintiff or plaintiffs)

Rodney L Bradford
(Print name)

20150717225
(I.D. Number)

P.O. Box 089002
Chicago, Il 60608
(Address)

6

Revised 9/2007

# Orders

Patient : BRADFORD, RODNEY L
Address : 2800 S CALIFORNIA, 1021 N WALLER HSE
CHICAGO, IL 60608
Phone : (773) 674-5475

Med Rec # : 00076065z
DOB : 10/22/67
Sex : Male
Physician :

## All Active Orders

02D42PL; PL; 2  Fin#:20150717225  Admit: 7/17/2015 16:15:11 CDT (Nursing Orders)
  Nursing Orderable (generic) (Pt. needs clean linen and uniform)
    12/10/2015 13:43, Routine, Pt. needs clean linen and uniform

given Permethrin Cream 5%

$\frac{1}{3}$

Diphenhydramine 50 mg

To treat the Scabies...

## Response Regarding Living Conditions

The Cook County Department of Corrections acknowledges receipt of your concerns. Your concerns have been forwarded to the CCDOC Registered Sanitarians (Health Inspectors) for investigation. The Registered Sanitarians then perform unannounced inspections. I was in this living area on 10/15/15, and found the shower clean. The paint did not appear to be chipping. I also found several leaking faucets which I have referred to the Div. 2 Work Order Coordinator. I spoke to the worker and he reported seeing no mice. He did report that roaches were seen so I referred this to Pest Control. The inmate worker indicated he gets supplies to clean.

Officers currently perform regular inspections of the facility and file work orders when repairs are necessary. A Pest Control service performs regular checks on the building and does treatment when necessary. Please inform an Officer when issues arise that need to be addressed.

Phillip Gnacinski M.S.



Case: 1:16-cv-07510 Document #: 1 Filed: 07/25/16 Page 9 of 14 PageID #:9



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL # : _____   INMATE ID # : _____

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☒ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☒ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: Bradford
**PRINT - FIRST NAME** *(Primer Nombre)*: Rodney
**INMATE BOOKING NUMBER** *(# de identificación del detenido)*: 20150717225
**DIVISION** *(División)*: 2
**LIVING UNIT** *(Unidad)*: Div 2 Dorm 2 P-L-2
**DATE** *(Fecha)*: 10/13/15

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

**DATE OF INCIDENT** *(Fecha Del Incidente)*: 10-7-15
**TIME OF INCIDENT** *(Hora Del Incidente)*: In the morning, All day everyday
**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)*: Water sinks up front

For the last week + a half up until this date, the water rubs (?) which we all drink from leaks from the drip leg that's + above the sink. When urn on water runs from this into the sink. There is raw sewage water on the floor + these (two) sinks which we have to step in, in order to use either one of these sinks... Raw sewage smell always their

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

Fix this.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha)*: Rodney Bradford 10/13/15

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** CRW Henderson
**SIGNATURE:** CRW Henderson
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 10/14/15

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40)(SEP 14)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: _____

### !This section is to be completed by Program Services Staff - ONLY! *(¡Para ser llenado solo por el personal de Program Services!)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☒ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

Program Services Supervisor Approving Non-Grievance (Request) Signature

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME: Bayliford
PRINT - FIRST NAME: Rodney
ID Number: 20150417325
DIVISION: 2 Dorm 4
LIVING UNIT: P-L-2
DATE: 10/1/2015

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident

The restrooms here have a raw sewage smell & no longer [illegible] of [illegible] outside of the toilet bowl. The floors stay wet with water that comes off broken sinks. There are no rubber mats in the showers, peeling paint & mold in the showers.

**ACTION THAT YOU ARE REQUESTING:** To fix it

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

INMATE SIGNATURE: Rodney Bayliford

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW / PLATOON COUNSELOR (Print): CRW Henderson
SIGNATURE: CRW Henderson
DATE CRW/PLATOON COUNSELOR RECEIVED: 10/01/15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): _____
SIGNATURE: _____
DATE REVIEWED: __/__/__

FCN-47 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

CONTROL #: N/A

### INMATE INFORMATION (Información del Preso)

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| Bradford | Rodney | 2015-0717-225 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
000: Miscellaneous.

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**
w/ attached original grievance. Waiting on response from G#15X5431 filed on 10/01/15.

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO:** Inmate Services - Hamilton.

**DATE REFERRED:** 10/14/15

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
— Same as above —

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Supv. L. Hampton | Supv. L.H. | I.J. | 10/17/15 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

**NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):**
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

**INMATE SIGNATURE (Firma del Preso):** Rodney Bradford

**DATE RESPONSE WAS RECEIVED:** 10/22/15

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** N/A

**INMATE'S BASIS FOR AN APPEAL:** N/A

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**  ☐ Yes  ☐ No

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:**

| ADMINISTRATOR / DESIGNEE: | SIGNATURE: | DATE: |
|---|---|---|
| | | / / |

**INMATE SIGNATURE (Firma del Preso):**

**DATE INMATE RECEIVED APPEAL RESPONSE:** ___/___/___

FCN-48 (Rev. 09/14) — WHITE COPY – PROGRAM SERVICES — YELLOW COPY – CRW / PLATOON COUNSELOR — PINK COPY – INMATE

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

[X] GRIEVANCE  [ ] NON-GRIEVANCE (REQUEST)

**CONTROL #:** 2015X5431

### INMATE INFORMATION (Información del Preso)

**INMATE LAST NAME:** Bradford
**INMATE FIRST NAME:** Rodney
**ID Number:** 2015-0717225

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
170: Living Conditions

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**
N/A

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO:** Supt.

**DATE REFERRED:** 10/12/15

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Chadwick

**DATE RESPONSE WAS RECEIVED:** 10/22/15

### INMATE'S REQUEST FOR AN APPEAL

*To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 10/30/2015

**INMATE'S BASIS FOR AN APPEAL:**
I still don't see any change since i wrote the first grievance 3 far as the paint peeling. It's beige in some area, but white over all It's peeling in some places.

**ALBUKERK & ASSOCIATES**
ATTORNEYS & COUNSELORS AT LAW
1450 W RANDOLPH ST, 2ND FLOOR
CHICAGO, ILLINOIS 60607
TEL: 773.847.2600
FAX: 773.847.0330
E-MAIL: NICK@ALBUKERK.COM

J. NICOLAS ALBUKERK
BRADLEY ERDMAN

OF COUNSEL
KAMELI & ASSOCIATES
DR. JOHN OBERT-HONG

March 7, 2016

Certified US Mail
Rodney Bradford-K64817
6665 State Route 146 East
Vienna, IL 62995

Dear Mr. Bradford,

After some investigation I am unable to take your case at this time. However, I do encourage you to seek out other attorneys as soon as possible as they may have a different opinion than I do. Please take note of the important Statute of Limitations dates. According to the info you provided to me the dates are: SOL for state law battery: 7/15/16
SOL for Fed false arrest and excessive force: 7/15/17

Thank you for contacting me good luck!

Sincerely,

J. Nicolas Albukerk, Esq.

JNA/bg
enc. (correspondence written to my office)

## Response Regarding Living Conditions

The Cook County Department of Corrections acknowledges receipt of your concerns. Your concerns have been forwarded to the CCDOC Registered Sanitarians (Health Inspectors) for investigation. The Registered Sanitarians then perform unannounced inspections. I was in this living area on 10/15/15, and found the shower clean. The paint did not appear to be chipping. I also found several leaking faucets which I have referred to the Div. 2 Work Order Coordinator. I spoke to the worker and he reported seeing no mice. He did report that roaches were seen so I referred this to Pest Control. The inmate worker indicated he gets supplies to clean.

Officers currently perform regular inspections of the facility and file work orders when repairs are necessary. A Pest Control service performs regular checks on the building and does treatment when necessary. Please inform an Officer when issues arise that need to be addressed.

Phillip Gnacinski M.S.

INMATE COPY